# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

DISTRICT COURT
N. DIST. OF TX

2019 NOV 27  PM 3: 11

DEPUTY CLERK _____

MANOGNA DEVABHAKTUNI
Plaintiff

v.

Civil Action No.

**8-19CV-2846G**

CHITRA MARTIN, DAVID JOHNSON, WILLIAM PEARCE, JAMIE GRIFFIN,
Defendant  TALLEY R PARKER, HISHAM A. MASRI, RUTHERFORD, DAVID
C GODBEY, JOE A FISH, DENTON COUNTY COURTS, DALLAS COUNTY
COURTS, FIO JOHNSON, MEDICAL CITY OF GREEN OAKS, CPS, DFPS,
PRIM ROSE AT LAKE HILL, FRISCO PD

## COMPLAINT

I OPENED A CRIMINAL CASE THAT HAPPENED ON ME
FROM 01/06/2019- 07/22/2019 SOON AFTER I
BECAME A CITIZEN ON 12/10/2019 WITH A VALID
PRACTICAL PROOF OF MY CHARACTER & HEALTH AS
GOOD HISTORIAN.

INSTEAD SUPPORTING ME EVEN THOUGH I HAVE
PRACTICAL PROOFS AND ARE ATTACHED TO CASE "3:19
-CV-01743-N- BT", THE MAGISTRATE JUDGE RUTHERFORD
LET THE DEFENDANTS "MOHAN KUMAR RAVI", "LEBANON
RIDGE", "PRIM ROSE AT LAKE HILL", "FRISCO DEPARTMENT ", "NEWYORK
UPG" LEAVE INSTEAD OF ARRESTING THEM WITH GIVEN PROOFS

\* Attach additional pages as needed.

ITS A MURDER CASE PLANNED BY "REBECCA RUTHERFORD"
AND I AM NOT SURE WHY. SHE PLANNED IT SINCE 08/19/2019
I HAVE LITERALLY ALL PROOFS FOR HER BEHAVIOR.

Date  11/27/2019

Signature  _Manogna_

Print Name  D. MANOGNA

Address  _____

City, State, Zip  _____

Telephone  _____

*Additional Page(s)

The way I am looking at the file is "Rutherford Rebecca is killing me with mental harassment on me on intentions and my purpose for her own benefits as I saw her started terminating my defendants by herself on 08/29/2019 and also 09/18/2019 for no reason once the screenings are approved after the court agreed with case and I paid money to get my screenings told Rutherford Rebecca stopped the payment even though I said I cannot pay.

I am not seeing what kind of benefits and money she is getting for killing me as she let "new york" company to leave with not responding to me even though company has several bill orders and also performing malpractice on the policy orders, money.

Being plaintiff who is on streets need correct justification as I have liberal practical proofs with appropriate information

I am not seeing why she has grudge on me and kept closing my cases as if people in Dallas weren't there that stopped me said they are raping me for "RUTHERFORD REBECCA".

Also the doctor in Medical city of Green Oaks mentioned to me they abducted me and kidnapped me and harassing me mentally, physically and severely by opening case against to RUTHERFORD REBECCA on

Citizen Ship approved by US Govern...

After thorough validation
of my health and
character



ATTN,CASREF,JURY,M/IFP,RUTHERFORD

**U.S. District Court**

**Northern District of Texas (Dallas)**

CIVIL DOCKET FOR CASE #: 3:19-cv-01743-N-BT

Manogna v. CPS et al

Assigned to: Judge David C Godbey

Referred to: Magistrate Judge Rebecca Rutherford

Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 07/22/2019

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other Civil Rights

Jurisdiction: Federal Question

**Plaintiff**

**Devabhaktuni Manogna**

*TERMINATED: 08/29/2019*

**Plaintiff**

**Manogna Devabhaktuni**

represented by **Manogna Devabhaktuni**
2355 Lebanon Rd
#2107
Frisco, TX 75034
469-978-4941
Email:
manognadevabhaktuni@yahoo.com
PRO SE

V.

**Defendant**

**CPS**

*TERMINATED: 08/29/2019*

**Defendant**

**DFPS**

*TERMINATED: 08/29/2019*

**Defendant**

**Dasha Barton**

*TERMINATED: 09/18/2019*

**Defendant**

**Chilia Martin**

*TERMINATED: 09/18/2019*

## SAO Hotline 19-2775

*Complaint about [...]*
*[handwritten note]*

From: SAO Intake (saointake@sao.texas.gov)

To: manognadevabhaktuni@yahoo.com

Date: Wednesday, August 28, 2019, 10:32 AM CDT

TO: Manogna Devabhaktuni

The Texas State Auditor's Office has the authority to conduct audits and investigations related to the use of Texas state funds involving state agencies, and institutions of higher education.

This return email is an acknowledgement of the SAO's receipt of your submitted complaint.

You may consider contacting your local police department to report your concerns.

Regards,

Texas State Auditor's Office
Investigations and Audit Support (IAS)

-----Original Message-----
From: System-Generated Email <webmaster@sao.texas.gov>
Sent: Monday, August 26, 2019 5:51 PM
To: Hotline Intake <HotlineIntake@sao.texas.gov>
Subject: Fraud, Waste and/or Abuse Hotline

The following fraud, waste, or abuse report was received

Control Number: 192775

Name: Manogna Devabhaktuni

Phone: 4699784941

Email: manognadevabhaktuni@yahoo.com

Agency/University: 999 - All State Agencies

Organization/Company/Individual: Mohan Kumar Ravi, Arthur Murray Dance Studio in Plano, Kelson Fischer/Kelson Brooks, Fio Johnson/Fiona I am the persian Medium Pschyic on AvidAdvice.com, New York Life, Hospitals, CPS, Frisco Police Department, LDS Chruch in the Colony, Dasha Barton, Lee Sonnie, Kris Katseans, Fred, Allen elementary School in Frisco, Primrose School at lakehill Frisco, Apple, Andriod, Gmail and Yahoo mail, Kroger that is in the corner of Lebanon and Legacy interesection, Lebanon Ridge apartments, Chilis Martin, Anita Lal, ICE Team, Home Land Security, IRS, DFPS, Sexaul Sites like www.tube8.com

I became citizen on 12/10/2018 and Kelson J Fischer/ Arthur Murray Studio in Dallas along with Mohan Kumar Ravi started taking revenge on me as Mohan Kumar Ravi kept harassing me since September 2015 because of me divorcing him based on his physical, mental and sexual Harassment (which he killed me many times by hitting me pretty badly and also by dropping me on the roads many times on me by scaring me lot) since 07/2002 once he got engaged to me because of my parents without my interest and consent. I called cops on him in Sep 2015 soon after he came to know I filed the divorce and he went physical on me. I couldn't tell them properly as my kids were crying and dont want them to feel bad as they were almost 4 years and 2 years old during that time and they are not in stage to understand what exactly happened.

Other Law Enforcement Agencies Notified: DPS, Other Law Enforcement Agency - National Trafficking, United States District Court of Northern District of Texas, IRS, ICE Team, Crime Investigation Team

This message contains information which may be an audit working paper and/or may be confidential, privileged, or otherwise exempt from open records. Unless you are the addressee (or authorized to receive for the addressee), you may



(ATTN,CASREF,JURY,M/IFP,RUTHERFORD)

**U.S. District Court**
**Northern District of Texas (Dallas)**
**CIVIL DOCKET FOR CASE #: 3:19-cv-01743-N-BT**

Manogna v. CPS et al
Assigned to: Judge David C Godbey
Referred to: Magistrate Judge Rebecca Rutherford
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 07/22/2019
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Devabhaktuni Manogna**
*TERMINATED: 08/29/2019*

**Plaintiff**

**Manogna Devabhaktuni**

represented by **Manogna Devabhaktuni**
2355 Lebanon Rd
#2107
Frisco, TX 75034
469-978-4941
Email:
manognadevabhaktuni@yahoo.com
PRO SE

V.

**Defendant**

**CPS**
*TERMINATED: 08/29/2019*

**Defendant**

**DFPS**
*TERMINATED: 08/29/2019*

**Defendant**

**Dasha Barton**
*TERMINATED: 09/18/2019*

**Defendant**

**Chilia Martin**
*TERMINATED: 09/18/2019*

SAO Hotline 19-2775

*[handwritten: Complaint about Terrorist attack by them on me need my body.]*

From: SAO Intake (saointake@sao.texas.gov)

To: manognadevabhaktuni@yahoo.com

Date: Wednesday, August 28, 2019, 10:32 AM CDT

TO: Manogna Devabhaktuni

The Texas State Auditor's Office has the authority to conduct audits and investigations related to the use of Texas state funds involving state agencies, and institutions of higher education.

This return email is an acknowledgement of the SAO's receipt of your submitted complaint.

You may consider contacting your local police department to report your concerns.

Regards,

Texas State Auditor's Office
Investigations and Audit Support (IAS)

-----Original Message-----
From: System-Generated Email <webmaster@sao.texas.gov>
Sent: Monday, August 26, 2019 5:51 PM
To: Hotline Intake <HotlineIntake@sao.texas.gov>
Subject: Fraud, Waste and/or Abuse Hotline

The following fraud, waste, or abuse report was received

Control Number: 192775

Name: Manogna Devabhaktuni

Phone: 4699784941

Email: manognadevabhaktuni@yahoo.com

Agency/University: 999 - All State Agencies

Organization/Company/Individual: Mohan Kumar Ravi, Arthur Murray Dance Studio in Plano, Kelson Fischer/Kelson Brooks, Fio Johnson/Fiona I am the persian Medium Pschyic on AvidAdvice.com, New York Life, Hospitals, CPS, Frisco Police Department, LDS Chruch in the Colony, Dasha Barton, Lee Sonnie, Kris Katseans, Fred, Allen elementary School in Frisco, Primrose School at lakehill Frisco, Apple, Andriod, Gmail and Yahoo mail, Kroger that is in the corner of Lebanon and Legacy Interesection, Lebanon Ridge apartments, Chilis Martin, Anita Lal, ICE Team, Home Land Security, IRS, DFPS, Sexaul Sites like www.tube8.com

I became citizen on 12/10/2018 and Kelson J Fischer/ Arthur Murray Studio in Dallas along with Mohan Kumar Ravi started taking revenge on me as Mohan Kumar Ravi kept harassing me since September 2015 because of me divorcing him based on his physical, mental and sexual Harassment (which he killed me many times by hitting me pretty badly and also by dropping me on the roads many times on me by scaring me lot) since 07/2002 once he got engaged to me because of my parents without my interest and consent. I called cops on him in Sep 2015 soon after he came to know I filed the divorce and he went physical on me. I couldn't tell them properly as my kids were crying and don't want them to feel bad as they were almost 4 years and 2 years old during that time and they are not in stage to understand what exactly happened.

Other Law Enforcement Agencies Notified: DPS, Other Law Enforcement Agency - National Trafficking, United States District Court of Northern District of Texas, IRS, ICE Team, Crime Investigation Team

This message contains information which may be an audit working paper and/or may be confidential, privileged, or otherwise exempt from open records. Unless you are the addressee (or authorized to receive for the addressee), you may

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Texas

| | |
|---|---|
| Manogna Devabhaktuni | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| CPS, et al | ) |
| *Defendant* | ) |

Civil Action No. 3:19-cv-01743-N-BT

### Summons in a Civil Action

**TO:** New York Life Company

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

    Manogna Devabhaktuni (pro se)
2355 Lebanon Rd
#2107
Frisco , TX 75034

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 10/23/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.  3:19-cv-01743-N-BT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _New York life Insurance Company_
was received by me on *(date)* _10/23/2019_ .

[X] I personally served the summons on the individual at *(place)* _Michael Scovel_
_____ on *(date)* _11/07/2019_ ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

[ ] I returned the summons unexecuted because _____ ; or

[ ] other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _11/07/2019_

_D Manogna_
Server's signature

_D. MANOGNA_
Printed name and title

_US FEDERAL COURT, DALLAS TV_
Server's address

Additional information regarding attempted service, etc:

Dear Michael Scovel,
    while I was working with New york life
I have been harassed mentally and sexeally and
Physically by David Johnson, Jamie Griffith and william

pearce finally jorge enfantes detonated me on 09/05/2
1st time I sent Lee email about all three incedents for him
to talk to HR ..

Not only that on 09/15/2019 someone abducted and
placed me in to detonated state when I went to
ER for the medical reaction that happened to medical
given to me on 09/03/2019 at plano presbyterian hospital

FYI — I noticed Fraud that planned by Newyork life
company to lot people money and destroy their happy
life by taking away their entire money through life insurance
products provided by you. Ex:- sales control installation
on un secured ipads and cellphone.

Also someone that is New york life employee
passed my information to someone else when my
system is crashed and called to recovery help.

Based on what happened I ended up on streets
especially when I came seeking help from company on
03/2019.

I went ahead and I sued on it in federal court.
I need you to surrender me the company in Dallas
location for medicating me and for fraud that you are
working on. I need you to surrender it in time in federal court.
of Texas, dallas

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

| To: | Manogna Devabhaktuni | From: | Dallas District Office |
| | NA | | 207 S. Houston |
| | Frisco, TX 75034 | | 3rd Floor |
| | | | Dallas, TX 75202 |

2019 NOV -4 PM 2: 24

DEPUTY CLERK

**COPY**

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
| | Kelly P. Robinson, | |
| 450-2020-00580 | Investigator | (972) 918-3609 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Belinda F. McCallister,
District Director

1 NOV 19
(Date Mailed)

Enclosures(s)

cc: Christopher Pinchiaroli
Associate General Counsel
**NEW YORK LIFE INSURANCE COMPANY**
51 Madison Avenue
Room 10SB
New York, NY 10010

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit **before 7/1/10** – *not* 12/1/10 – in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

<u>If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.</u>

"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):

➤ **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.

➤ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities"** now include the operation of major bodily functions, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.

➤ **Only one** major life activity need be substantially limited.

➤ With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.

➤ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active.**

➤ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months.**

"Regarded as" coverage:

➤ An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

➤ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.

➤ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.

➤ A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

**Note:** *Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at <u>http://www.eeoc.gov/laws/types/disability_regulations.cfm.</u>

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other Information before completing this form. | ☐ FEPA  ☒ EEOC | |

## TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION
450-2020-00580

*State or local Agency, if any* — and EEOC

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| MANOGNA  DEVABHAKTUNI | (000) 000-0000 | |

Street Address

NA,  FRISCO, TX 75034

*City, State and ZIP Code*

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| NEW YORK LIFE | 501+ | |

Street Address

2600 NETWORK BLVD STE. 130,,  FRISCO, TX 75034

*City, State and ZIP Code*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

Street Address

*City, State and ZIP Code*

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☒ COLOR  ☒ SEX  ☒ RELIGION  ☒ NATIONAL ORIGIN

☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-12-2019**   Latest **09-03-2019**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(if additional paper is needed, attach extra sheet(s)):*

I.    PERSONAL HARM:
A.    I WAS SUCCESSFULLY EMPLOYED BY THE RESPONDENT SINCE JULY 2018. BEGINNING IN JANUARY 2019, I BEGAN BEING HARASSED AND DISRESPECTED BY MY PEERS, SPECIFICALLY WILLIAM PEARCE, DAVID JOHNSON AND JAMES GRIFFETH. Rfgd to Conf ___ ___ ___

B.    I FILED A FEDERAL LAW SUIT AND GAVE THE AGENT DIRECTOR IN THE DALLAS OFFICE A COPY OF THE FILE ON 7/22/2019. I ATTEMPTED TO SERVE A SUMMONS TO THE DALLAS OFFICE ON 8/29/2019 BUT THEY REFUSED TO ACCEPT IT. I ATTEMPTED TO SERVE A SUMMONS TO THE FRISCO OFFICE ON 9/3/2019, AND I WAS TOLD THAT I WAS NO LONGER ALLOWED ON THE PROPERTY.

II.    RESPONDENTS REASON FOR ADVERSE ACTION:
A.    NO REASON GIVEN.
B.    NO REASON GIVEN.

I want this charge filed with both the EEOC and the State or local Agency, If any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *When necessary for State and Local Agency Requirements*

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

Digitally signed by Manogna Devabhaktuni on 11-01-2019 05:20 PM EDT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 450-2020-00580 |

TEXAS WORKFORCE COMMISSION CIVIL RIGHTS DIVISION          and EEOC

*State or local Agency, if any*

**III.     DISCRIMINATION STATEMENT: I BELIEVE THAT I WAS DISCRIMINATED AGAINST BECAUSE OF MY SEX-FEMALE, COLOR-BROWN, RACE-ASIAN, NATIONAL ORIGIN-INDIAN, AND RELIGION-HINDU, IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED.  I BELIEVE THAT I WAS DISCRIMINATED AGAINST BASED ON DISABILITY, IN VIOLATION OF THE AMERICANS WITH DISABILITIES ACT AMENDMENTS ACT OF 2008. I BELIEVE THAT I WAS RETALIATED AGAINST IN VIOLATION OF SECTION 704(A) OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED AND SECTION 503(A) OF THE AMERICANS WITH DISABILITIES ACT OF 1990, AS AMENDED.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| **Digitally signed by Manogna Devabhaktuni on 11-01-2019 05:20 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

PRIVACY ACT STATEMENT: Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation,



Re: IRS Impersonation Scam Complaint Form: High Priority (Financial Loss & PII)

From:  manogna devabhaktuni (manognadevabhaktuni@yahoo.com)

To:  complaintsirsimpersonation@tigta.treas.gov

Date:  Wednesday, November 27, 2019, 11:25 AM CST

Duly Respected Randolph

Yes sir its a IRS fraud Impersonation Scam case that is done by David C Godbey, Joe A Fish, and Rutherford Rebecca that are supporting and helping "New York Life Insurance Company" to rob and loot the people savings through life insurance policies and other financial saving products.

***** I am one of the victim with ****practical proofs**** in my hand that was under that attack in August and September 2019****. Being their previous employee, I figured it out that they are under the plan of looting money from the retirement benefits of the policy owners that are having savings with them in their Whole Life Insurance Products when I tried to take my money from my policies that I have with them because of my need of money to pay taxes from my savings in the policies that I have with New York Life Insurance company savings.

Also, I am tax professional since 2005 who kept paying the taxes on time professional without missing and went under criminal cyber IRS fraud attack by few people that are not paying taxes properly when I was there under attack starting from 01/07/2017 through 09/30/2018. After the robbery I went to a stage where I couldn't pay my taxes and become a criminal so that me and my kids get died in that IRS Fraud attack.

My Case that I opened in federal court to get help from them to get this crime fixed is ***** 3:19-CV-01743-N-BT ***** as its a criminal case that need attention from IRS and US Government as it started happening soon after I became citizen on 12/10/2018 with thorough validation about my character and health in the society by USCIS and US Government.

***** Its a IRS fraud as David C Godbey and Rutherford Rebecca started terminating the defendants once the summons are approved by court and plaintiff "me - Manogna Devabhaktuni" started serving those summons to the defendants and also letting criminals leave without proper justification to more explosion of scam and fraud on others even though they have practical proofs literally in their hands

I need justification as its a criminal case and everyone closed my cases and terminated my defendants on the case.

Please let me know if you need the proofs to support the case as I have to send you them.

Regard
Mangona Devabhaktuni

On Wednesday, November 27, 2019, 7:49:56 AM CST, *TIGTA Inv Ops Complaints IRS Impersonation <complaintsirsimpersonation@tigta.treas.gov> wrote:

To better serve you and process this complaint please explain how this relates to the Internal Revenue Service (IRS) and the Treasury Inspector General for Tax Administration (TIGTA). The situation should relate to following the integrity of IRS employees, contractors, and other tax professionals; ensure IRS employee and infrastructure security; and protect the IRS against external attempts to corrupt tax administration.

Randolph Hardy

Investigative Specialist

Treasury Inspector General For
Tax Administration
Headquarters, Washington, DC
Fax: 202-927-7018

New York Life has received your request, #00001066145

From: New York Life Insurance Company (do-not-reply@nyl.com)

To: manognadevabhaktuni@yahoo.com

Date: Friday, September 6, 2019, 11:08 AM CDT

Thank you for contacting New York Life Insurance Company.  Customer service has received your request and will respond within the next two business days.

If you need further assistance, please contact New York Life's Dallas Service Center at:

Website: www.newyorklife.com/vsc

New York Life Insurance and Annuity Corporation
Dallas Service Center
New York Life
Post Office Box 130539
Dallas, TX 75313
Phone: (800) 695-1314

To ensure that your personal information remains secure, please do not send any personal information in response to this e-mail. We ask that you re-submit your original request via the Virtual Service Center where your personal information is encrypted. Encryptions technologies help protect the privacy and confidentiality of personal information. Non-encrypted e-mails sent from personal e-mail accounts (i.e. joe@yahoo.com) can be intercepted and viewed by other internet users without your knowledge or consent. All messages to NYL should be submitted through our secure website or communicated by calling our Service Centers.

# New York Life has received your request, #00001066143

From:  New York Life Insurance Company (do-not-reply@nyl.com)

To:    manognadevabhaktuni@yahoo.com

Date:  Friday, September 6, 2019, 11:06 AM CDT

Thank you for contacting New York Life Insurance Company.  Customer service has received your request and will respond within the next two business days.

If you need further assistance, please contact New York Life's Dallas Service Center at:

Website: www.newyorklife.com/vsc

New York Life Insurance and Annuity Corporation
Dallas Service Center
New York Life
Post Office Box 130539
Dallas, TX 75313
Phone: (800) 695-1314

To ensure that your personal information remains secure, please do not send any personal information in response to this e-mail. We ask that you re-submit your original request via the Virtual Service Center where your personal information is encrypted. Encryptions technologies help protect the privacy and confidentiality of personal information. Non-encrypted e-mails sent from personal e-mail accounts (i.e. joe@yahoo.com) can be intercepted and viewed by other Internet users without your knowledge or consent. All messages to NYL should be submitted through our secure website or communicated by calling our Service Centers.



# Report Submitted

Thank you for your report of fraud, waste, and/or abuse. Your report has been submitted to the SAO and will be reviewed. If you wish to save your report, please print this page.

If you have supporting documents for your complaint, you may email them to the SAO at SAOIntake@sao.texas.gov; fax them to (512) 936-9812; or you may mail documents to the following address:

Texas State Auditor's Office
ATTN: Investigations and Audit Support
P.O. Box 12067
Austin, TX 78711-2067

## What is your contact info? (optional)

**Name:**

Manogna Devabhaktuni

**Phone:**

0000000000

**Email:**

manognadevabhaktuni@yahoo.com

## What entity is involved? (required)

Select the Texas state agency or institution of higher education from the list:

All State Agencies

If not listed, enter the name of the organization, company, or individual:

US District Court Clerk, UNITED STATES DISTRICT COURT Northern District of Texas

## Describe the fraud, waste, or abuse: (required)

Please provide as much detail as possible, so that appropriate action can be taken. Describe the improper activity(ies) and how you know about them. Specify who, what, when, where and how:

Me "Manogna Devabhaktuni" and My kids Trayee Ravi, Kushal Ravi are the major victims of criminal sexual terrorist attack that is supported by group of people "Subhakar Surapaneni, Greg Abbott, Donald J Trumph, Mahendra Devabhaktuni, Vandana Devabhaktuni, Praveen Marella, Saritha Marella", and planned by and executed by a group of people from Federal Court, Dallas, Texas "Brantley Starr, Sam A. Lindsay,

## Which law enforcement entities have already been notified? (check all that apply)

☑ Texas Department of Public Safety / Capitol Police

☑ District Attorney's Office

☑ Texas Attorney General's Office

☑ Other: Terrorist Criminal attack

Had to go beyond the lawsuits to get help from "IC3" Team to get my family back in to straight and happy home like it was before 01/06/2019 and got screwed by Dasha Barton

From: manogna devabhaktuni (manognadevabhaktuni@yahoo.com)

To: friscostakepresident@gmail.com; tgfrederickson@gmail.com; brianperkes@gmail.com; bryan.butterfield@gmail.com; layne@communitymattersinc.com; portera.tony@gmail.com; raqvr@gmail.com; robjensen9@gmail.com; friscostakeappointment@gmail.com; coryval@gmail.com; note2neeta@gmail.com; ashley.frederick-gaines@dfps.state.tx.us; mohanraavi@yahoo.com; communication@email.ldschurch.org; sherry.shumer@gmail.com; txgov@dir.texas.gov

Date: Saturday, November 16, 2019, 02:12 PM CST

Duly Respected Sir "Greg Abbott"

I truly need your help to get my kids back from CPS and Mr. Mohan Kumar Ravi, who is hidden sexual offender and assaulter for years as I know him.

CPS started helping me with the case I opened and they also promised me saying that they are getting my kids back to me for sure but ended up closing the case on 07/15/2019 without no evidence that I am a criminal.

Mr. Mohan Kumar Ravi took away kids from me on 10/18/2019 with illegal case when doctor "Vazquez" kidnapped intentionally and harassed me sexually, mentally and physically for a month starting from "09/18/2019 - 10/16/2019" under malpractice using the Judge name "Rutherford Rebecca" who is a magistrate judge on my case that I opened in the federal court to support me to get the negative characters of the LDS Mormon Church who put me in to malpractice as a drug dealer, weapon dealer, sexual harasser soon after I got my USCIS and US Government approved "American Citizenship on 12/10/2018" because of me not letting any church man to enter in to my apartment as per the church members allocation to get in to my family to touch my personal life.

LDS Church decided to terminate my life forcefully and put my kids Trayee Ravi (8 Year Old) and Kushal Ravi (5 Year old) through sexual, mental and physical harassments for not letting them to lead me like they wanted.

They used a church member with the title "Woman Relief Society President" and named "Dasha Barton" to put me in to the Malpractice by abducting me forcefully on 01/06/2019 and put me in to malpractice. I have all proofs that she is the criminal and also church forced me to leave my job when they are helping and also made me to loose my apartment saying that they cannot help me in any way as I am not listening to them.

Sir, they truly killed my family and got me on to streets where my employer "New York Life" Insurance company harassed me sexually, mentally and physically for figuring out there fraud of hiring multiple agents from different ethnicity and planning to loot the money from the people retirement benefits. When I figured their plan there are 3 men who harassed me sexually, mentally and physically to get me to date them and quit the job. When I was exhausted I complained to HR, CEO and UNUM and to the team members and the agent director "Jorge Infantis" detonated my position when I went to serve them the Law Suit Summon "got approved by federal court" against to them on 09/03/2019 by following their directions. They also made me totally homeless, kidsless, carless, Jobless and without no pay for the hours that I worked with that company for last 9 months.

Please help me sir as New York Life planned fraud to kill peoples life by taking away their retirement benefits by not giving them back once they started investing in them. Currently they are performing cyber fraud by using their financial applications that are being used to enroll policies with the clients private data like SSN, DOB, Bank Information and Health information. They are performing this cyber fraud by accessing their financial applications through cellphones/laptops/IPADS while and after enrolling the clients in to their products and policies.

I have proof saying that they are performing fraud as I tried to get the loan on the policies that I enrolled with them last year and they didn't let me do anything and also they moved away money from my account to different account and they didn't let me touch my money. Being their past employee I used to educate clients saying that we can take the loan or take away the money when ever we need it after certain value of policy. I checked that as I need that money and they said they will let me but ended up moving them away without telling me anything.

Name: Manogna Devabhaktuni
Are you reporting on behalf of a business? Yes
Business Name: New York Life
Is the incident currently impacting business Yes
operations?

Age: [None]
Address: 1818 Corsciana Drive
Address (continued):
Suite/Apt./Mail Stop:
City: Dallas
County:
Country: United States of America
State: Texas
Zip Code/Route: 75202
Phone Number: 4697788965
Email Address: manognadevabhaktuni@yahoo.com
Business IT POC, If applicable:
Other Business POC, If applicable:

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Good Afternoon Sir,

I sued "New York Life" Company in Federal Court of Texas on 07/22/2019 and submitted summon to them on 11/07/2019 for its fraud plan of looting policy owner's savings benefits money and dumping them as their plan after taking their money away from the policy owners of their products by exposing the policy owners privacy data like SSN, Bank Information etc through cell phone by installing their apps without security on cell phone.

Also I sued them for the sexual harassment's done on me by 3 employees "David Johnson, William Pearce and Jamie Griffith" of that company when I am working with them and also them detonating me through malpractices for me approaching to the HR, UNUM and CEO of the company for their harassment towards me though those are valid ones after they promised me that they will provide me the justification for the harassment's done on me as those are valid ones.

There is lot malpractice and sexual harassment done on me and my kids as terrorist attack soon I became American citizen on 12/10/2018. The malpractice started happening on me starting from 01/06/2019 because of LDS Church members as they didn't like me to follow freedom of religion and be myself. They forced me to marry a man from church and I disagreed that.

Sir, I need my situation to be announced in the news as CPS, DFPS cheated me using wrong case and handed over my kids to sexual assaulter and criminal though I opened the case with them on 02/05/2019 to protect my kids.

Please help me as everyone in the church and new York life detonated me and made me homeless jobless and kid less and also some of the judges in the federal court are cheating me once I started serving the summons and I am not sure.

Its a drug terrorist attack happened on valid American citizen because of not letting LDS Church members to rule her life as I am Hindu converted Mormon and they don't like Indians to mingle with american families or Indians praying both gods based on freedom of religion rule to grow spiritually.

Regards
Manogna Devabhaktuni

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☒ Other      Please specify: Accessing applications through
                               cellphones & IPADS

Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.

Originals should be retained for use by law enforcement agencies.

## Information About The Subject(s) Who Victimized You

Name: David Johnson
Business Name:
Address:
Address (continued):
Suite/Apt./Mail Stop:
City:
Country: [None]
State: [None]
Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

All the policy owners that holds the policies with New York life as they are encouraging their agents and employee's to use cell phones and IPADS without any secured software installed on them to access their actual financial applications to gather policy owner information and store it. Policy Owner information is "SSN, Drivers License,DOB, Health Information, Bank Account Name and Routing Number" of all the policy owner's policies.

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

EEOC team

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Manogna Devabhaktuni

FW: Thank You for your time and meeting 08/06/2019                    Page 1 of 1

**FW: Thank You for your time and meeting 08/06/2019**

*Blessed Seed to Recycle Live*

Ⓜ️ Devabhaktuni, Manogna <mdevabhaktun@ft.newyorklife.com>
To: manognadevabhaktuni@yahoo.com <manognadevabhaktuni@yahoo.com>

*manognadevabhak.../Inbox*

Aug 26 at 4:16 PM

Manogna Devabhaktuni
Agent
Newyork Life Insurance Company
12201 Merit Drive, Suite 1000
Dallas, TX 75251

If you don't wish to recieve email communications from New York Life and/or NYLIFE Securities LLC, please reply to this email using the words "Opt Out" in the subject line.
Please copy email_optout@newyorklife.com New York Life Insurance Company, 51 Madison Ave., NewYork, NY 10010
----------------------------------------------------------------------------------------------------------

**From:** Devabhaktuni, Manogna
**Sent:** Monday, August 19, 2019 12:19 PM
**To:** Jorge A Infantes
**Cc:** Michael F Scovel
**Subject:** Thank You for your time and meeting 08/06/2019

Dear duly respected Jorge Infantes,

Thank you sir for your time that you spent with me on 08/06/2019 about discussing regarding the behavior of "William Pearce" with me during my PRP meeting. Its a very severe impact of sexual harassment done on me and that is not done first time on me in "New York Life" company which is very odd situation that I went through multiple times after 01/12/2019 once I came out from hospital before I went on leave from my business in March (or) April (or) so of 2019 to get everything settled up with my personal life regarding CPS cases and after I Joined the business back again recently in July 2019. I never went through this before 01/12/2019 though I started working in July 2018.

Jorge, FYI - I am not complaining to you which is not there and which very awkward for any agent that is in New York Life or in any otehr company and I am not sure how others will handle it when they will go through this kind of harassment by different people and different ways and different timings and different situations.

Being with the experience of working in IT companies of various industries for 13 years after following the HIPPA rules that were established in those companys to respect the privacy of the people in the work places, I have to let you know this kind of harassment is considered as sexual harassment which is not accepted and its very serious and severe that alters the company reputation and rules and Agency Standard and Procedures which will effect your guide of rules for agents.

Based on how the harassments happened after 3rd person assaulting me which put me down in a way I decided to let every one in the company know and also reported it to federal court where I filed my other cases to fix my life and running my case against the people that I already opened the case on 07/22/2019 and the file that I dropped with you. I just wanted to let you know and keep you in loopabout me complaining in the federal court based on how severity it is without giving you surprises.

Below are the details that are considered as sexual harassment done on an agent by managment team (Managing Partner) and another Agent----

1. William Pearce -- How he ended up treating me in PRP meeting on 07/22/2019 by putting his legs and feet up on the table pointing my face and body and chair.
2. David Johnson - He ended up looking in to my cell phone forcably without my permission even though I requested him to show the applications on the desktop in his office when I was in one of his PRP meeting after I came out of hospital and joined back the work. Its totally mental harassment and sexual harassment too as he grabbed my cellphone without asking me and my permission especially when we are in PRP meeting and going through my laptop issue with internet soon after I brought my laptop and got ready to return the IPAD he borrowed me. *these are Mental Physical caused I stopslslone.*
3. James C Griffeth - One of the David Brooks Team member that was assigned to help to get long term care policy enrollment with one of my client who ended up not getting enrolled about how Jamie delt with him when he came to Frisco office to enroll in to the policy with us. Also he misbehaved with me when I asked him to train me with the proper steps about long term care and he ended up repeating the same stuff about Term Life and whole life products though I mentioned to him that I already know. At the same time, he started watching me over my shoulder in to my laptop without telling me and reading my personels from my notes in the notebook and in the laptop which is totally sexual harassment done on me at that time.

I kept it professional without bringing that up to you as I was not able to speak up myself how my life was there at that time.

Please let me know if you need any further information about my case that is there in Federal Court that started working on my initial file.

Manogna Devabhaktuni
Agent
Newyork Life Insurance Company
12201 Merit Drive, Suite 1000
Dallas, TX 75251

If you don't wish to recieve email communications from New York Life and/or NYLIFE Securities LLC, please reply to this email using the words "Opt Out" in the subject line.
Please copy email_optout@newyorklife.com New York Life Insurance Company, 51 Madison Ave., NewYork, NY 10010



Hospitals

Yahoo Mail - Hospitals

**From:** manogna devabhaktuni (manognadevabhaktuni@yahoo.com)

**To:** manognadevabhaktuni@yahoo.com

**Date:** Monday, November 11, 2019, 02:12 PM CST

*[handwritten notes]*

## Complaint Referral Form
## Internet Crime Complaint Center

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*

### Victim Information

Name: Manogna Devabhaktuni
Are you reporting on behalf of a business? Yes
Business Name:
Texas Health Presbyterian Hospital Plano
Is the incident currently impacting business Yes
operations?
Age: 40 - 49
Address: 1818 Corsicana Drive
Address (continued):
Suite/Apt./Mail Stop:
City: Dallas
County: Dallas
Country: United States of America
State: Texas
Zip Code/Route: 75202
Phone Number: 0
Email Address: manognadevabhaktuni@yahoo.com
Business IT POC, if applicable:
Other Business POC, if applicable:

### Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

A LDS Church Member named "Dasha Barton" put me in to Malpractice of drugs in the hospital "Texas Health Presbyterian Hospital Plano" on 01/06/2019 forcefully without my consent by talking to me and hypnotizing me and mesmerizing about hearing voices about something. There is a man from church dropped off drugged chocolates as Christmas gift and later he made sure that I am not feeling well by checking with me saying that someone told him that I am allergic to the content in that chocolate. He checked with me when i went to church after Christmas and i mentioned to him saying that not yet. On 01/04/2019 i started feeling weird soon after I eat them and I called bishop Lee sonnie and asked him to give me priesthood blessing and also requested Dasha Barton to come to my place as she is woman relief society president for the ward and also it is too late in the night. During that weird feeling I asked "Mohan Kumar Ravi" to pick up the kids. On 01/04/2019 when Dasha came to my place she gave me hug and I felt some surge coming from back of her jacket which made me feel awkward. After that on 01/05/2019 she harassed me with the text messages asking to me to go out with her to someone even though i rejected her offer and on 01/06/2019 she forcefully took me to hospital by coming in to my home by abducting me and my both kids while going to church. She dropped my kids forcefully at her place and took me to hospital even though i forced her not to take me. She made them to do something on me during CT Scan and also later fed me forcefully "Poisoned Chocolate moose cake (or) chocolate cake, Chicken Marsala and also Roosted cold bitter noodles" even though i rejected to eat them. They moved me in the careflite from center to center multiple times and I got the bills for that too. Once they fed me poisoned food I woke up in Texas Spring Wood Center at Euless on 01/07/2019 after 36 hours as I remembered.

In that center they harassed me sexually, mentally and mentioned to me I am FBI drug and weapon dealer criminal and they are planned to chop me in the hospital to kill me on 01/12/2019 but I escaped using Dasha Barton from that hospital.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☐ Email Intrusion
☑ Other      Please specify: Terrorist attack by Dasha Barton and
                                  LDS Church

Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.

Originals should be retained for use by law enforcement agencies.

---

## Information About The Subject(s) Who Victimized You

Name: Dasha Barton
Business Name: LDS Mormon Church
Address: 6800 Anderson Dr

Address (continued):
Suite/Apt./Mail Stop:
City: The Colony
Country: United States of America
State: Texas
Zip Code/Route: 75056
Phone Number:
Email Address:
Website:
IP Address:

---

Name: Husnain Ashraf
Business Name:
Texas Health Seay Behavioral Health Hospital Plano
Address: 6110 W Parker Rd
Address (continued):
Suite/Apt./Mail Stop:
City: Plano
Country: United States of America
State: Texas
Zip Code/Route: 75093
Phone Number:
Email Address:
Website:
IP Address:

---

Name: Hadi R. Tajani, M.D.
Business Name:
Address: 2717 Tibbets Dr
Address (continued):
Suite/Apt./Mail Stop:
City: Bedford
Country: United States of America
State: Texas
Zip Code/Route: 76022
Phone Number:
Email Address:
Website:
IP Address:

---

Name: Nurses in ER and Doctors in ER
Business Name:
Texas Health Presbyterian Hospital Plano
Address: 6110 W Parker Rd
Address (continued):
Suite/Apt./Mail Stop:

City: Plano
Country: United States of America
State: Texas
Zip Code/Route: 75093
Phone Number:
Email Address:
Website:
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

[No response provided]

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Federal Court of Texas, 1100 Commerce ST, 1452 Dallas, TX 75242

☐ Check here if this an update to a previously filed complaint:

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Devabhaktuni Manogna

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the only time you will have to make a copy of your complaint.*

Case 3:19-cv-02644-M-BK Document ... Filed 11/27/19 Page 34 of 65 PageID 34
Case 3:19-cv-02848-G-BH Document ... Filed 11/06/19 Page 7 of 31 PageID 26
Case 3:19-cv-01743-N-BT Document 21 Filed 09/12/19 Page 13 of 36 PageID 300

Arthur Murray Dance Studio
11

**Arthur Murray Dance Studio**
3001 W. Spring Creek Parkway
Plano, TX 75023

THIS IS YOUR RECEIPT

BY:

44567

Arthur Murray

| RECEIPT NUMBER | DATE | STUDENT NAME | COURSE | AMOUNT OF PAYMENT | BALANCE DUE | TIME |
|---|---|---|---|---|---|---|

Arthur Murray dance studios Prod

| RECEIPT NUMBER | DATE | STUDENT NAME | COURSE | AMOUNT OF PAYMENT | BALANCE DUE | TYPE |
|---|---|---|---|---|---|---|
| 44585 | 5-16-16 | Dnthnthni Morana | Unin Dycle | 8150 | | MC |

THIS IS YOUR RECEIPT

**Arthur Murray Dance Studio**
3001 W. Spring Creek Parkway
Plano, TX 75023

BY:

44565

Kelson Fischer — screaming phone
I declared I will file 4
words 4/07/2009

Kelson Jay fischer harassed me physically, mentally and sexually laying down when he is one of my dance instructors that taught me ballroom dance in Arthur murray dance studios during his classes without my permission the started doing it on and off till people. once I quit the dance he kept harassing me through text messages and a psychic by threatening me using my kids. Also his colleagues harassed me of robbed about 18 Millions Dollars by making me to sell all my gold and forced me to use all my savings. I had to listen to them as they planned to tell my kids if I won't listen to them as there are multiple men who needed sex from me along with them against my wish. I did law suit on Kelson Jay fischer & his school after federal court and Judge "Rebecca Ritterford" deleted the summon once the case is executed and summon are by attorney by "David C Godbey" in federal court. The summons are deleted from my case in the middle when I am running my work of submitting summons.

*CON ARTIST*
*FIONA  IAM PERSIAN MEDIUM*
*FIO JOHNSON*
*Recent Report check all due*
*pages*

# The Psychic Reviews

**simplemachines forum**

Welcome, **Guest**. Please login or register.

[ ] [ ] [Forever ▼] [Login]
Login with username, password and session length

[        ] [Search]

**News:**
Welcome to The Psychic Reviews

**Home   Recent   Help   Chat   Login   Register**

---

The Psychic Reviews » Relationship Psychology Discussions » My Story » Persian Medium - BEWARE

« previous next »

Pages: [1]  **Go Down**

PRINT

📖 **Author**

**Topic: Persian Medium - BEWARE  (Read 1296 times)**

☐ **icloud9**
Full Member
🔲🔲🔲
Posts: 213

**Persian Medium - BEWARE**
« **on:** January 17, 2019, 06:59:20 PM »

---

Beware of this woman. She is like the biggest scammer out there. She has promised my friend that she can bring her "soulmate" back (mind you, that soulmate and my friend have not been in touch for over 6 years and he appears to be happily married) and she is threatening my friend that if she doesn't come back to get frequent readings with her her remainder of the year will be VERY shitty with NO luck in love life because only SHE can fix the problems with her magic and hypnosis work (WTF?) because her love life is "doomed" and there is no love coming for her.  WHO TELLS PEOPLE THIS TYPE OF SHIT!?!?
My friend JUST told me about this (I was surprised because I have not seen Persian Medium on KEEN so I forgot about her but she still seems to be continuing with her scam business?? My friend has been reading with her off avid advice for three months on and off and she is legitimately terrified of the woman because of all the threats!) I was so angry to hear this and I wanted to slap my FRIEND for believing this CRAP and allowing this woman to emotionally ABUSE her!!!!
BE AWARE!!!! Does anybody have any experience to share on Fiona??

 Logged

☐ **Calleronhiatus**
Full Member
🔲🔲🔲
Posts: 192

**Re: Persian Medium - BEWARE**
« **Reply #1 on:** January 17, 2019, 07:06:08 PM »

---

Quote from: icloud9 on January 17, 2019, 06:59:20 PM

Beware of this woman. She is like the biggest scammer out there. She has promised my friend that she can bring her "soulmate" back (mind you, that soulmate and my friend have not been in touch for over 6 years and he appears to be happily married) and she is threatening my friend that if she doesn't come back to get frequent readings with her her remainder of the year will be VERY shitty with NO luck in love life because only SHE can fix the problems with her magic and hypnosis work (WTF?)



U1

because her love life is "doomed" and there is no love coming for her.  WHO TELLS PEOPLE THIS TYPE OF SHIT!?!?
My friend JUST told me about this (I was surprised because I have not seen Persian Medium on KEEN so I forgot about her but she still seems to be continuing with her scam business?? My friend has been reading with her off avid advice for three months on and off and she is legitimately terrified of the woman because of all the threats!) I was so angry to hear this and I wanted to slap my FRIEND for believing this CRAP and allowing this woman to emotionally ABUSE her!!!!
BE AWARE!!!! Does anybody have any experience to share on Fiona??

Is your friend going to stop reading with her? That's a shame she would use fear mongering to obtain clients. I'm so sorry this is happening.

 Logged

## ☐ Sooshi
Hero Member
⬛⬛⬛⬛⬛
Posts: 922

◆ **Re: Persian Medium - BEWARE**
« **Reply #2 on:** January 17, 2019, 07:21:46 PM »

She has no psychic abilities, so I doubt she has any spell casting abilities either. She's just a charlatan.

 Logged

## ☐ journalmuse
Hero Member
⬛⬛⬛⬛⬛
Posts: 639

◆ **Re: Persian Medium - BEWARE**
« **Reply #3 on:** January 17, 2019, 07:35:26 PM »

She's horrible. Tell your friend to ignore that garbage, I know it's hard but really she does not have any answers at all or special powers, except to fleece vulnerable people.

 Logged

## ☐ icloud9
Full Member
⬛⬛⬛
Posts: 213

◆ **Re: Persian Medium - BEWARE**
« **Reply #4 on:** January 18, 2019, 12:19:31 AM »

Quote from: Calleronhiatus on January 17, 2019, 07:06:08 PM

> Quote from: icloud9 on January 17, 2019, 06:59:20 PM
>
> > Beware of this woman. She is like the biggest scammer out there. She has promised my friend that she can bring her "soulmate" back (mind you, that soulmate and my friend have not been in touch for





over 6 years and he appears to be happily married) and she is threatening my friend that if she doesn't come back to get frequent readings with her her remainder of the year will be VERY shitty with NO luck in love life because only SHE can fix the problems with her magic and hypnosis work (WTF?) because her love life is "doomed" and there is no love coming for her. WHO TELLS PEOPLE THIS TYPE OF SHIT!?!?
My friend JUST told me about this (I was surprised because I have not seen Persian Medium on KEEN so I forgot about her but she still seems to be continuing with her scam business?? My friend has been reading with her off avid advice for three months on and off and she is legitimately terrified of the woman because of all the threats!) I was so angry to hear this and I wanted to slap my FRIEND for believing this CRAP and allowing this woman to emotionally ABUSE her!!!!
BE AWARE!!!! Does anybody have any experience to share on Fiona??


Buy

Is your friend going to stop reading with her? That's a shame she would use fear mongering to obtain clients. I'm so sorry this is happening.

Yes she stopped. Cancelled her account and everything. She realized it did not feel right. It is horrifyingly shameful.

 L Logged

---

## ☐ ArcherBullFish
Jr. Member

Posts: 71

### ⬦ Re: Persian Medium - BEWARE
« Reply #5 on: January 18, 2019, 05:52:43 AM »

I would alert the authorities if I were your friend. At least 3 so called "hex" removers were arrested and indicted recently for fraud and a slew of other crimes.

 L Logged

---

## ☐ Fidget1028
Hero Member
Posts: 1798

### ⬦ Re: Persian Medium - BEWARE
« Reply #6 on: September 18, 2019, 10:52:10 PM »

Quote from: Hope2019 on September 18, 2019, 10:49:08 PM

I found out her real name is NOT Fia Johnnson but Fia Eram it's listed on RipOffReport. It also talks about her husband Rick Eram and Excellon on RipOffReport. I agree, in my view you shouldn't trust Persian Medium I Am Power or Avid Advice. It says she was not on Bravo like her profile says it's on RipOffReport. If they can not tell the truth about the profile and background how can you trust her with your credit card?


U!

I had gotten an email last year that there was/is a class action lawsuit against

her for fraud.

L Logged

**□ jas**
Sr. Member
▣▣▣▣
Posts: 387

**Re: Persian Medium - BEWARE**
« **Reply #7 on:** September 25, 2019,
02:55:13 AM »

She absolutely needs to be reported.  That is
awful.

L Logged

Pages: **[1]  Go Up**

The Psychic Reviews » Relationship Psychology Discussions » My Story » Persian Medium - BEWARE

Jump to: | => My Story ▼ | | go |

SMF 2.0.15 | SMF © 2017, Simple Machines
XHTML  RSS  WAP2

NOTICE! Those consumers located in one European country or anyone using our site, reports in the media of any GDPR applicable country or anyone sitting in, or operating from, such country are prohibited from using this site. Read our Terms of Service ((terms-of-service)) to learn more. By using our site you understand and agree to these terms. Don't blame us... blame Europe! This site uses cookies to store information on your computer which may track your browsing behavior on our site and provide you with ads or other offers that may be relevant to you. Some are essential to make our site work; others help us improve the user experience. Read our Privacy Policy ((privacy-policy)) to learn more.

                                                                                                    X | CLOSE

Complaints Reviews Scams Lawsuits Frauds Reported.™ (https://www.ripoffreport.com/lists/list_all)



(/)

## FILE A REPORT ...it's Free! (/file-report)

| Company Name or Report # | | SEARCH |

**Review Latest Reports** (/reports/latest-reports)    **Advanced Search** (/reports/advanced)

**Browse Categories** (/categories)

| Latest Reports (/reports/latest-reports) | | Advanced Search (/reports/advanced) |

Report: #1229535

# Complaint Review: PERSIAN MEDIUM,MASTER PSYCHIC FIONA ON KEEN.COM - *Nationwide*

**Submitted:** Fri, May 15, 2015    **Updated:** Wed, August 03, 2016
**Reported By:** matthew in New York — **New York New York** USA

**PERSIAN MEDIUM,MASTER PSYCHIC FIONA ON KEEN.COM**
Nationwide
USA
**Phone:**
**Web:** PERSIANMEDIUM.COM (http://PERSIANMEDIUM.COM)
**Category:** Psychic (https://www.ripoffreport.com/reports/services/psychic)

# PERSIAN MEDIUM,MASTER PSYCHIC FIONA ON KEEN.COM PERSIAN MEDIUM IAM POWER PERSIAN MEDIUM CON ARTIST,LIED AND TOOK MY MONEY KEEN.COM CALIFORNIA

**\*General Comment: Notice to Author(s)**

**\*General Comment: Need to talk to Author of this report**                    ⌃

**\*Consumer Comment: Fia Eram, Fia Johansson, Persian Medium I am Power, PMsvc, LLC, Excellicon, Rick Eram, "Iranian Medium I am Power"**
(consumers-say-thank-you/ripoff-report-in-the-media/)
(https://www.facebook.com/RipoffReportWebsiteSocialPager/)   (https://twitter.com/ripoffreport)

**\*REBUTTAL Owner of company: Your Complaint Has no Merit**

**\*Consumer Comment: Fia Eram, Fia Johansson, Persian Medium I am Power, PMsvc, LLC, Excellicon, Rick Eram**

**\*REBUTTAL Owner of company: NOTICE TO CEASE AND DESIST**

**\*Consumer Comment: Fia Eram, Fia Johansson, Persian Medium I am Power, PMsvc, LLC, Excellicon, Rick Eram**

**\*Consumer Comment: Fia Eram, Fia Johansson, Persian Medium I am Power, PMsvc, LLC, Excellicon, Rick Eram**

**\*REBUTTAL Owner of company: CEASE AND DESIST**

**\*Consumer Comment: Fia Eram, Fia Johansson, Persian Medium I am Power, PMsvc, LLC, Excellicon, Rick Eram**

**\*REBUTTAL Owner of company: CEASE AND DESIST**

**\*Consumer Comment: Fia Eram, Fia Johansson, Persian Medium I am Power, PMsvc, LLC, Excellicon**

**\*REBUTTAL Owner of company: Persian Medium I am Power**

**\*Consumer Comment: Fia Eram, Fia Johansson, Persian Medium I am Power, PMsvc, LLC, Excellicon, Fia Aram**

**\*REBUTTAL Owner of company: Stupidity is not a Sin nor a Disease!**

**\*Consumer Comment: Fia Aramersian, Fia Johansson, PATRICIA MALES EVANKO, Linda Fessler, Persian Medium I Am Power**

**\*General Comment: An Opinion by Attorney Linda Fessler**

**\*Consumer Comment: Persian Medium I Am Power, Divine Medium King, Fia Johansson, Linda Flectcher**

**\*General Comment: An Opinion from Persian Medium's Attorney**

**\*REBUTTAL Owner of company: Persian Medium I Am Power, Divine Medium King, Master Psychic 8 Destiny, Medium Annabel Amos, Medium Diana Ghost Reader, Psychic Love Doctor Anima, Psychic Expert Delaironex, Psychic Dorien Moon Sky 7**

**\*Consumer Comment: PERSIAN MEDIUM I AM POWER, Psychic Fiona, MEDIUM DETECTIVE FIONA ON REALITY TV IS A SCAM! AKA Patricia Males Evanko**

**\*Consumer Comment: PERSIAN MEDIUM I AM POWER PERSIAN MEDIUM I AM POWER, PERSIAN MEDIUM I AM POWER, Medium Annabel Amos, Divine Psychic Guru Soho 1616, Psychic Guru Soho Connection to the Divine, DIVINE MEDIUM KING, DIVI**

**\*Consumer Comment: PERSIAN MEDIUM I AM POWER, Psychic Fiona, MEDIUM DETECTIVE FIONA ON REALITY TV IS A SCAM!**

**\*Consumer Comment: Re: really??**

**\*Consumer Comment: really??**

**\*Consumer Comment: PERSIAN MEDIUM I AM POWER, Psychic Fiona, MEDIUM DETECTIVE FIONA ON REALITY TV, SOUL GURU SOHO 1616, MEDIUM ANNABEL AMOS, DIVINE MEDIUM PSYCHIC KING IS A SCAM!**

**\*Consumer Comment: TECH ISSUES: Administrator failed to posts after Approval**

**\*REBUTTAL Owner of company: You are Great! Thanks for making my points**

**\*Consumer Comment: You like to threaten dissappointed clients**

**\*Consumer Comment: Read What?!**

**\*Consumer Comment: Narcisstic + Delusional**

**\*REBUTTAL Owner of company: A Dorf on titanic - Crossing the line is your professional demise**

**\*Consumer Comment: PERSIAN MEDIUM I AM POWER, Psychic Fiona, MEDIUM DETECTIVE FIONA ON REALITY TV IS A SCAM!**

**\*Consumer Comment: PERSIAN MEDIUM I AM POWER, Psychic Fiona, MEDIUM DETECTIVE FIONA ON REALITY TV IS A SCAM!**

**\*UPDATE Employee ..inside information: Fiona is NOT a scam!!!**

**\*Consumer Comment: Persian Psychic Medium = 2 PAID REVIEWS IN-1 DAY**

**\*REBUTTAL Owner of company: Oh Sweet Competitors - emotionally bankrupt**

**\*Consumer Comment: My Experience utilizing Persian Medium**

**\*Consumer Comment: Persian Psychic Medium = FRAUD**

**\*REBUTTAL Owner of company: Thank you for your feedback, and Truth update**

**\*Author of original report: Your response is SOULESS**

**\*REBUTTAL Owner of company: You must be a competitor! ;)**

Like 0          Tweet

REBUTTAL BOX | Respond to this Report! (/file/comment/1229535) Consumer Comment

(https://www.facebook.com/RipoffReportWebsiteSocialPage/) (https://twitter.com/ripoffreport)
(/file/comment/1229535)

Repair your reputation the right way (/corporate-advocacy-program/change-report-from-

negative-to-positive) (/corporate-advocacy-program/change-report-from-negative-to-positive)
Show customers why they should trust your business over your competitors...

| Add Rebuttal to this Report (https://www.ripoffreport.com/file/comment/1229535) | ? |

| File New Report (/file-report) | ? |

← Is this
**Ripoff Report**
About you?

**Ripoff Report**
A business' first
line of defense
**on the Internet.**

If your business is
willing to make a
commitment to
customer satisfaction
**Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)**

THIS PERSON IS ONLY AFTER YOUR MONEY. She told me my spouse would return and details that were COMPLETLEY FALSE.I trusted her and belived that she had the credentials to back it u.She doesnt.Everything about her is FAKE ,PHONY and a FRAUD. NOT PSYCHIC AND NOT A MEDIUM. JUST SO YOU KNOW MY SPOUSE WAS WITH ANOTHER MAN HTE WHOLE TIME!!!!

AND SHE TOLD ME OTHERWISE.She led me to belive we would be together.

I wasted so much time and money on false hope ,and I am not the only one !I am devastated by this .Not only emotioanlly but finacially and I HAVE NOTHING LEFT. In my opinion this person should not be allowed to give FALSE HOPE ! and NOT be able to HURT people.

And she is cruel.if you do not agree with her she threatens you.I had another person tell me she threatened them too.  (/consumers-say-thank-you/ripoff-report-in-the-media)

(https://www.facebook.com/RipoffReportWebsiteSocialPage/) (https://twitter.com/ripoffreport)

Please BEWARE of this PHONY who is not being truthful and will take you for a ride.

This is my experience and i want to warn you all of her.BEWARE !!!She will con you out of your money and make up fairy tales.this was the most horrible experience of my life!

I just want to save others from this happening to them. I know psychcis are for enetertainment but this one told me she was real.NOT TRUE! NOTHING SHE PREDICTED WAS TRUE.

SOME PSYCHCICS ARE REAL ,AND I HAVE SPOKEN WITH GOOD ONES ON KEEN.BUT HIS ONE IS NOT AUTHENTIC.

MY EXPERIENCE WAS VERY NEGATIVE AND I LOST A LOT .

PLEASE JUST BE CAREFUL AND TRY ANYONE BUT HER.

BEWARE,BEWARE,BEWARE.

**Report Attachments:**



(/1024x768/docs/r1229535-twrdwu-hqnavrv0kv.png)

This report was posted on Ripoff Report (/) on 05/15/2015 06:03 PM and is a permanent record located here: https://www.ripoffreport.com/reports/persian-mediummaster-psychic-fiona-on-keencom/nationwide/persian-mediummaster-psychic-fiona-on-keencom-persian-medium-iam-power-persian-medium-c-1229535 (/reports/persian-mediummaster-psychic-fiona-on-keencom/nationwide/persian-mediummaster-psychic-fiona-on-keencom-persian-medium-iam-power-persian-medium-c-1229535). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www.edmagedson.com/did-you-know/).

PLEASE I DON'T LIKE PEOPLE PLAYING WITH MY FEELINGS AND USING ME AND PUTTING ME DOWN. I HATE TO HEAR WORD SORRY OR APOLOGIZE WHICH DOESN'T GIVE ANY BENEFIT FOR THE PAIN I HAVE BEEN GOING THROUGH.

- MANOGNA
On Wednesday, February 27, 2019, 05:29:16 AM CST, Dasha Barton <dashabarton@yahoo.com> wrote:


Manogna-

   I wanted to apology for any misunderstanding. I am so sorry if there was any confusion in your medical record. I Honestly brought you to the hospital for help and I did not release any of your personal life when we went to the hospital.  I think the record is referring to when you were speaking to the social worker via video conference in the Emergency Room and you wanted to tell her your life story with your husband and she was having difficulty understanding what you were saying so I was helping her to understand your words.  I pray for peace with your personal life.

- Dasha

*Who is my husband when I are still divorced in Sep 2015 on 18th*

*after my citizenship by deeker borton creed charch members*

# Texas Plano Presbyterian behavioral center

# To doctor Husnian Ashraf

**Need Explanation for the illegal diagnosis performed on me "**MANOGNA DEVABHAKTUNI**" during the period from 01/06/2019 – 01/24/2019 without MY Written CONSENT otherwise a major case will be filed in the federal court and the US government against to the medical system and the hospital that I got treated.**

FYI – ONE OF THE NURSES IN THE SPRING WOOD BEHAVIORAL CENTER KEPT WATHCING MY BARE BODY WHILE I WAS TAKING A SHOWER IN BATHROOM AFTER I WOKE UP IN SPRING WOOD BEHAVIORAL HOSPITAL WHERE I WAS ADMITTED IN THE PLANO PRESBYTERIAN HOSPITAL ER ON 02/06/2019 AROUND 10:00 AM WHICH IS ALMOST AFTER 2 DAYS AND I DIDN'T

Case 3:19-cv-02644-B-BH Document 5 Filed 11/27/19 Page 49 of 65 PageID 49
Case 3:19-cv-02644-M-BH Document 5 Filed 11/08/19 Page 9 of 31 PageID 22
Case 3:19-cv-01743-N-BT Document 9 Filed 08/28/19 Page 3 of 111 PageID 41
(PAGE 3)

# HAVE ANY ORNAMENTS OR WEAPONS ON ME.

# MY STORY

A LDS Church member "Dasha Barton" that is in my ward of church took me and kept me on an illegal malpractice diagnosis from 01/04/2019 – 01/06/2019 soon after I got my citizenship on 12/10/2018 and I ended up in a stage where I don't even know or have any information about what exact diagnosis happened on me WHICH IS VERY BIG CRIME AGAINST US FEDERAL LAW. There are multiple medical examinations performed on me without my consent or my friend's consent which is totally illegal as per the US Federal Law and will be filed in the court against to the Medical Center by the patient.

******** I HAVE LITERALLY PROOF OF "EXPLANATION OF BENEFITS" DOCUMENT SENT BY MY MEDICAL INSURANCE COMPANY WHICH HAS EACH AND EVERY DETAILS OF THE EXAMS PERFORMED ON MY PHYSICAL BODY. I NEED TO KNOW RIGHT AWAY WHY THOSE EXAMS ARE PERFORMED ON ME WITH MY CONSENT. NONE EXPLAINED ME WHAT KIND OF EXAMINATIONS ARE BEING DONE ON ME AND MADE ME TO SIGN THE PAPER WORK AFTER SEDUCING ME WITH THE MEDICATIONS THAT WERE PRESCRIBED BY THE DOCTORS WHOM I HAVEN'T MET OR SEEN WHEN I WAS IN THE MEDICAL CENTER FOR 7 DAYS.

I never been hospitalized with any of the major issues since the day I was born. Due Dasha Barton I ended up in to the medications and diagnosis done on me with out my consent when I was there for 7 days in hospital which is not relevant for my case. I was not able to recollect any of the incidents that happened since the moment I went it to CT scan except them feeding me forcefully poison food "Chicken Marsala, Chocolate Cake, cold roasted noodles" without my consent or without me ordering it.

This is very big illegal diagnosis comment on me by medical center without me mentioning to them by myself.

FYI – I even went to Frisco Police Station myself to get assistance on the day to get to check my apartment because of what she did on 01/04/2019 when she came to visit me as per my request. I never carried any drugs (or) weapons or have any illegal case filed against to me for that since 2012. Also I never mentioned I had dangerous weapons at home to kill myself (or) my kids or threaten anyone around me (or) no one got me there saying that I was very dangerous human being that cannot be allowed to live in normal environment.

Because of the treatment, examinations that were done on me and the medications that were prescribed to cover the truth made my heart beat go up loud and also caused me nervous pain in my brain which was never there previously before I stepped in to hospital. Having hallucinations is different than feeling my brain will explode anytime if I won't sleep whole day.

As per my understanding hospital management performed wrong treatment and diagnosis on me to get me killed myself in the hospital when I was there or if I stepped out of the hospital which is major issue to my family.

I am not going to pay any medical center bills until the main diagnosis is being explained properly in away a normal person can understand. The medications that were given to me made me to get disabled and become physically handicapped instead of helping me to improve myself and get back to normal stage and get to work with my life conditions and my family.

I had to wean off my medications soon after I left the hospital and weaning helped me to take care of my kids who is 7 years and 5 years old. I opened CPS case with them because of harassments happened on them in my absence during hospitalization by their biological father whom I divorced on 09/19/2015.

Case 3:19-cv-0174... Document 6-3 Filed 08/28/19 Page 21 of 24 PageID 71

# aetna

## Your claims up close

### Claim for Manogna (self)   Provider: Texas Health Presbyterian (In-Network)

| Claim ID: E7JL7W3FZ00 Received on 1/28/19 | Amount billed | Member rate | Not payable by plan (Remarks) | Applied to deductible | Your copay | Amount remaining | Plan pays | Your coinsurance | You may owe C+D+E+H+I |
|---|---|---|---|---|---|---|---|---|---|
| COLLECTION OF VENOUS BLOOD 36415 on 1/8/19 | 30.75 | | 30.75  (1) (2) | | | | | | |
| COMPREHEN METABOLIC PANEL 80053 on 1/8/19 | 536.25 | 382.88 | | | | 382.88 | 344.59 (90%) | 38.29 (10%) | 38.29 |
| MEDICAL SERVICES 84703 on 1/8/19 | 256.00 | 182.78 | | | | 182.78 | 164.50 (90%) | 18.28 (10%) | 18.28 |
| ASSAY THYROID STIM HORMONE 84443 on 1/8/19 | 443.50 | 316.66 | | | | 316.66 | 284.99 (90%) | 31.67 (10%) | 31.67 |
| MEDICAL SERVICES 80307 on 1/8/19 | 268.00 | 191.35 | | | | 191.35 | 172.21 (90%) | 19.14 (10%) | 19.14 |
| MEDICAL SERVICES G0480 on 1/8/19 | 529.50 | 378.06 | | | | 378.06 | 340.25 (90%) | 37.81 (10%) | 37.81 |
| AUTOMAT HEMOGRAM-COMPLET DIF 85025 on 1/8/19 | 176.75 | 126.20 | | | | 126.20 | 113.58 (90%) | 12.62 (10%) | 12.62 |
| CAT SCAN OF HEAD OR BRAIN 70450 on 1/8/19 | 2,655.75 | 1,896.21 | | | | 1,896.21 | 1,706.59 (90%) | 189.62 (10%) | 189.62 |
| EMERGENCY SERVICES 99286 on 1/8/19 | 2,030.50 | 1,449.78 | | | | 1,449.78 | 1,304.80 (90%) | 144.98 (10%) | 144.98 |
| Refer to Remarks Section | | | (3) | | | | | | |
| Totals: | 6,927.00 | 4,923.92 | 30.75 | | | 4,923.92 | 4,431.51 | 492.41 | $492.41 |

You can find all numbered claim remarks in 'Your Claim Remarks' section.

## Your Claim Remarks
### General Remarks:

(1) You do not have to pay this. We consider payment for this service to be part of the payment for other services. It is not paid separately. [790]

(2) The payment for this service is included in the contracted and/or case rate paid to the provider. You are not responsible for this amount; except for applicable copay, deductible, coinsurance. [V64]

(3) Your provider may have sent diagnosis codes with your claim. You may obtain these codes and their meanings by contacting us at the number listed on the top of the first page. We will also provide your treatment codes and their meanings. If you have questions about your diagnosis or your treatment, please contact your provider. [H93]

## Your benefit balances to date for 1/1/19 to 12/31/19

| Individual Balances | Annual limit | Amount used | Amount remaining |
|---|---|---|---|
| **Manogna (self)** | | | |
| Medical In Network Deductible | | | |
| Medical In Network Out of Pocket Maximum | $1,600.00 | $1,600.00 | $0.00 |
| Medical Out of Network Deductible | $4,800.00 | $2,888.38 | $1,911.62 |
| Medical Out of Network Out of Pocket Maximum | $3,200.00 | $0.00 | $3,200.00 |
| | $9,200.00 | $0.00 | $9,200.00 |

## A complete list of your benefit balances and plan limits can be found on your secure member website.

The accumulated amounts towards your medical plan may have been adjusted due to claims not paid by us.

007028 J290EVBD 018825

**aetna**

Statement date: February 2, 2019

EMPLOYER: NEW YORK LIFE INSURANCE COMPANY - EMPLOYEES

Member ID: W24xxxxxxx
Group #: 0685286-53-001 M P1SZN0

# Your claims up close

## Claim for Manogna (self)   Provider: Michael A Deck (In-Network)

Claim ID: EG358Y73G000
Received on 1/30/19

| | Amount billed | Member rate | Not payable by plan (Remarks) ❗ | Applied to deductible | Your copay | Amount remaining | Plan pays | Your coinsurance | You may owe C+D+E+H+I |
|---|---|---|---|---|---|---|---|---|---|
| GENERAL HEALTH PANEL 80050 on 1/8/19 | 38.00 | 26.60 | (1) | | | 26.60 | 23.94 (90%) | 2.66 (10%) | 2.66 |
| MEDICAL SERVICES 84703 on 1/8/19 | 16.90 | 11.83 | | | | 11.83 | 10.65 (90%) | 1.18 (10%) | 1.18 |
| MEDICAL SERVICES 80303 on 1/8/19 | 49.00 | | 49.00 (2) | | | | | | |
| Refer to Remarks Section | | | (3) | | | | | | |
| Totals: | 103.90 | 38.43 | 49.00 | | | 38.43 | 34.59 | 3.84 | $3.84 |

❗ You can find all numbered claim remarks in 'Your Claim Remarks' section.

## Your Claim Remarks
### General Remarks:

(1) The payment for this service(s) has been made based on the more comprehensive procedure performed on the same date of service.

(2) Your benefit plan provides coverage for charges that are reasonable and appropriate. The charge for this service does not meet this requirement because this service is considered mutually exclusive to another procedure performed on the same date of service or within the date span that applies to the procedure. You are not responsible for this amount. [Z07]

(3) Your provider may have sent diagnosis codes with your claim. You may obtain these codes and their meanings by contacting us at the number listed at the top of the first page. We will also provide your treatment codes and their meanings, if they do not appear on this statement. If you have questions about your diagnosis or your treatment, please contact your provider. [H63]

# Your benefit balances to date for 1/1/19 to 12/31/19

| Individual Balances<br>Manogna (self) | Annual limit | Amount used | Amount remaining |
|---|---|---|---|
| Medical In Network Deductible | | | |
| Medical In Network Out of Pocket Maximum | $1,600.00 | $1,600.00 | $0.00 |
| Medical Out of Network Deductible | $4,600.00 | $2,688.38 | $1,911.62 |
| Medical Out of Network Out of Pocket Maximum | $3,200.00 | $0.00 | $3,200.00 |
| | $9,200.00 | $0.00 | $9,200.00 |

A complete list of your benefit balances and plan limits can be found on your secure member website.

The accumulated amounts towards your medical plan may have been adjusted due to claims not paid by us.

"007028"J290EVBD"018828"

Do not contact me again - Yahoo Mail

Page 1 of 1

**°Do not contact me again**

manognadevabhak.../Inbox

**Dasha Barton** <dashabarton@yahoo.com>
To: mdevabhaktun@ft.newyorklife.com, manognadevabhaktuni@yahoo.com

Mar 7 at 3:46 PM

Manogna -

Do not contact me again. I have given copies of emails to the Frisco Police Department. If you continue, harassment charges will be filed.

- Dasha

Case 3:19-cv-02846-G-BH Document 2 Filed 11/27/19 Page 54 of 65 PageID 54
Case 3:19-cv-02644-M-BH Document 5 Filed 11/08/19 Page 13 of 31 PageID 86
Case 3:19-cv-01743-N-BT Document 21 Filed 09/12/19 Page 15 of 36 PageID 311



Case 3:19-cv-02846-G-BH   Document 2   Filed 11/27/19   Page 55 of 65   PageID 55
Case 3:19-cv-02644-M-BH   Document 5   Filed 11/08/19   Page 14 of 31   PageID 27
Case 3:19-cv-01743-N-BH   Document 3   Filed 08/26/19   Page 35 of 111   PageID 73

FRISCO POLICE DEPARTMENT
VOLUNTARY STATEMENT (NOT UNDER ARREST)

CS# _1906180__

I, DEVABHAKTUNI MANOGNA I'm not under arrest for, nor am I being detained for any criminal offenses concerning
the events I am about to make known to _____me_____. Without being accused of or questioned about any criminal
offenses regarding the facts I am about to state, I volunteer the following information of my own free will for whatever purposes it
may serve.
Address: 2355 LEBANON RD, # 2107, FRISCO TEXAS - 75034

Race: IN Sex: F  Date of birth: 07/06/1979 Age: 39 Email address: omanogna.devabhaktuni@yahoo

Home phone number: _____ Work phone number: _____ Cell phone number: 469-978-4941

Drivers License Number: 20776931 State Tx
                                                469 - 344 - 1276
Emergency Contact: IN PS - ASHLEY FREDERICK GAINES
(Tell your story using as much detail as possible, using names, dates, times, locations, etc if known. Be sure to describe what
happened, how it happened, where it happened, when it happened, who did it and why, & who was there and who witnessed it.)

2  LOST CITIYZENSHIP CARD FROM THE LIVING APARTMENT
   AND IT HAPPENED ON 03/03/2019 - STOLEN BY A THIEF
-  BROKE AND SPRAYED DRUGS BY USSING DUPLICATE
   APARTMENT KEY IN CURRENTLY 3rd LIVING APARTMENT ON
   03/03/2019
-  BROKE BEDROOM DOOR ON THE SAME DAY WHICH
   IS 03/03/2019
-  BROKE IN TO APARTMENT ON 6/30/2019 AND TOOK
   AWAY THE BUNCH OF KEYS THAT HAS CAR KEY,
   BRINK KEY, APARTMENT KEY, OFFICE KEY WHICH
   IS VERY ILLEGAL
-  NEED SECURITY ASSISTANCE AT MY APARTMENT
   AS MY APARTMENT IS BEING TRIGGERED BY SOMEONE
   WITH LASER GUNS ALL THE TIME
-  MY COMPUTER HAS BEEN CRASHED BY SOMEONE USING

I have read each page of this statement consisting of ___2___ page(s), each page of which bears my signature; and corrections,
if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at FRISCO                    , this ___ day of 31 , 20 19 .
            (location)

_D.Raoogna_              x _D.Raoogna_
SIGNATURE OF WITNESS         SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT

SIGNATURE OF WITNESS                          Revised 10122012

PLEASE TURN THE PAGE

Case 3:19-cv-02846-G-BH   Document 2   Filed 11/27/19   Page 56 of 65   PageID 56
Case 3:19-cv-02644-M-BH   Document 5   Filed 11/08/19   Page 15 of 21   PageID 28
Case 3:19-cv-01743-N-BT   Document 9   Filed 08/28/19   Page 36 of 111   PageID 74

1   CALLED MY COMPANY NEW YORK LIFE INSURANCE

(PAGE 7)

AS IT IS SECURED BY SECURE DOC SOFTWARE.

THEY MENTIONED TO ME THAT IT HAS BEEN

CRASHED IN A WAY THAT I HAVE TO BUY NEW

COMPUTER WHICH IS VERY ILLEGAL.

PLEASE NEED ASSISTANCE AS IT IS VERY

PRIORITY ONE SO IT NEED TO BE FIXED.

THIS ISSUE HAPPENED ON 08/20/2019

EARLY HOURS

PAGE 16

# FRISCO POLICE DEPARTMENT
## VOLUNTARY STATEMENT (NOT UNDER ARREST)

CS# _19099299_

I, _DEUABAAKR AND MANSEA_ am not under arrest for, nor am I being detained for any criminal offenses concerning the events I am about to make known to _DPC_. Without being accused of or questioned about any criminal offenses regarding the facts I am about to state, I volunteer the following information of my own free will for whatever purposes it may serve,

Address: _3385 LE LeBANON Rd, #2 107, FRISCO TEXAS 75034_

Race: Asia Sex: _F_ Date of birth: _07/06/1959_ Age: _39_ Email address: _omavorque.deuabbaktew@yahoo.com_

Home phone number: _____ Work phone number: _____ Cell phone number: _469-975-4841_

Drivers License Number: _26770721_ State _Tx_

Emergency Contact: _UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT_
(Tell your story using as much detail as possible, using names, dates, times, locations, etc if known. Be sure to describe what happened, how it happened, where it happened, when it happened, who did it and why, & who was there and who witnessed it)

— THEFT HAPPEN AGAIN ON 08/02/2019 AND STOLE MY
PAPER WORK

— 3 MEN IN NEW YORK LIFE HARASSED ME AND INFORMED
THE MANAGEMENT. THARASEMENT HAPPENED DU LAST
MONTHS

— ONE OF THE THIEF TRIED TO OPEN THE DOOR
ON SATURDAY EVENING WHEN I WAS INSIDE

— CPS CHEATED ME WITHOUT PAPER PROOF. CASE
WORKER IS ASHLEY GARNES.

— APARTMENT KEPT HARASSED ME. WENT TO SUPPORT
BASE ONCE I ADUS COMPLAINT WITH POLICE DEPARTMEN
AND ONFORMED THEM

— THEY DIDN'T ACCEPTED THIS CHECKS THAT
CHURCH IS PAYING

— CHURCH STOPPED PAYING ME OUT OF NOW WHERE

I have read each page of this statement consisting of _____ page(s), each page of which bears my signature, and corrections, if any, bear my initials, and I certify that the facts contained herein are true and correct.

Dated at _FRISCO_ , this _5th_ day of _DEC_ , 20 _19_ .
(location)

_DT colerque_
SIGNATURE OF WITNESS

X _DT colerque_
SIGNATURE OF PERSON GIVING VOLUNTARY STATEMENT

SIGNATURE OF WITNESS

Revised 10122012

*Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. This is the only time you will have to make a copy of your complaint.*



**Complaint Referral Form**
**Internet Crime Complaint Center**

*Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. This is the only time you will have to make a copy of your complaint.*

## Victim Information

**Name:** Devabhaktuni Manogna
**Are you reporting on behalf of a business?** Yes
**Business Name:** Medical City of Green Oaks
**Is the incident currently impacting business operations?** Yes
**Age:** 40 - 49
**Address:** 1818 Corsicana Street
**Address (continued):**
**Suite/Apt./Mail Stop:**
**City:** Dallas
**County:**
**Country:** United States of America
**State:** Texas
**Zip Code/Route:** 75202
**Phone Number:** 0
**Email Address:** manognadevabhaktuni@yahoo.com
**Business IT POC, if applicable:**
**Other Business POC, if applicable:**

## Description of Incident

*Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.*

*The provider/doctor "Vazquez Jose J MD" in the Medical city of Green Oaks abducted me and kept me under malpractice for a month "09/18/2019 - 10/16/2019" for unnecessary reasons when I went to Medical City of Dallas ER for Blisters and dehydration with the help of COPS and made me drugged with unnecessary medications though I am sensitive to drug and also put me through sexual harassment's in the hospital by putting me with mentally sick people that were undressing and having sex by them self and asking the nurses if there is doctor to have it with them.*

*Registered Nurse Named "Becky" mentioned to me saying that the doctor detained me by himself unnecessarily and on his own intentions and kept me on drugs without no reason using illegal diagnosis and I even saw the doctor mentioning to me that I am not mentally sick but he kept holding me and drugging me even though I am went to treatment for the blister and dehydration. He mentioned to me hospital is paying for my kidnap and abduction.*

*I saw them manhandling me and hitting me when ever I didn't listen to them and do what they want me to do. This is very brutal case as I became handicapped by loosing my functionality with my right hand because of them forcing me and drugging me with illegal medications.*

*They planned to keep me through malpractice detonation for 90 days but I fought with them and finally they let me out as they do know I am running my cases in federal court and federal court is helping me to fix the malpractice happened starting from 01/06/2019 as I started suing the people and the resources that made me to go through detonations by church and work soon after I became American Citizen on 12/10/2018.*

*I had to complain this to IC3 due to their impact on me as they did abducted me in April 2019 from 04/21/2019 - 05/02/2019 until CPS case worker and forced me on illegal medications even though I just went for check up in Medical City of Frisco ER with COPS help because of the dehydration I went through due to weather changes and drug removal from my body that were induced in to me on 01/04/2019 because of the church member "Dasha Barton" putting me in to malpractice as drug dealer, weapon dealer and sexual assaulter though I am normal American Citizen*

*Which of the following were used in this incident? (Check all that apply.)*
☐ *Spoofed Email*
☐ *Similar Domain*
☐ *Email Intrusion*
☑ *Other       Please specify: Murdering through*
                          *malpractice.*

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

---

**Information About The Subject(s) Who Victimized You**

**Name: Vazquez Jose J MD**
**Business Name: Medical City of Green Oaks**
**Address: 7808 Clodus Fields Dr,**
**Address (continued):**
**Suite/Apt./Mail Stop:**
**City: Dallas**
**Country: United States of America**
**State: Texas**
**Zip Code/Route: 75251**
**Phone Number:**
**Email Address:**
**Website:**
**IP Address:**

---

**Name: Steven Roche**
**Business Name: Medical City of Green Oaks**
**Address: 7808 Clodus Fields Dr,**
**Address (continued):**
**Suite/Apt./Mail Stop:**
**City: Dallas**
**Country: United States of America**
**State: Texas**
**Zip Code/Route: 75251**
**Phone Number:**
**Email Address:**
**Website:**
**IP Address:**

---

**Other Information**

*If an email was used in this incident, please provide a copy of the entire email including full email headers.*

*[No response provided]*

*Are there any other witnesses or victims to this incident?*

*Yes, the nurses in there and also other mentally sick patients that got better.*

*If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.*

*Federal Court of texas to do lawsuit on the hospital for malpractice.*

*☐ Check here if this an update to a previously filed complaint:*

---

**Who Filed the Complaint**

*Were you the victim in the incident described above? Yes*

---

**Digital Signature**

*By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)*

**Digital Signature: Devabhaktuni Manogna**

---

*Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. This is the only time you will have to make a copy of your complaint.*

**IC3 logo**
**Complaint Referral Form**
**Internet Crime Complaint Center**

---

*Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. This is the only time you will have to make a copy of your complaint.*

**Victim Information**

*Name: Ravi Kushal, Ravi Trayee, Devabhaktuni Manogna*

*Are you reporting on behalf of a business? Yes*

*Business Name: United State District Court*

*Is the incident currently impacting business operations? Yes*

*Age: Under 20*

*Address: 1100 Commerce Street*

Yes, working on cases in the Federal court where few judges started harassing me by closing my cases and terminating my summons once I paid for the case and the summons got approved and I started working on serving them. One of the main judge among them is "Rebecca Rutherford" and one of the Clerk is "Morgon Arrington". I opened the case against them in the federal court as they started letting out the defendants even though they are criminals and I have practical proof's to prove that they are criminals.

☐ Check here if this an update to a previously filed complaint:

---

**Who Filed the Complaint**

Were you the victim in the incident described above? Yes

---

**Digital Signature**

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Devabhaktuni Manogna

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. ***This is the only time you will have to make a copy of your complaint.***



## *Complaint Referral Form*
## *Internet Crime Complaint Center*

*Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. This is the only time you will have to make a copy of your complaint.*

---

**Victim Information**

**Name: Manogna Devabhaktuni**
**Are you reporting on behalf of a** Yes
**business?**
**Business Name: Carrollton Spring Behavioral Center**
**Is the incident currently impacting** Yes
**business operations?**
**Age: 40 - 49**
**Address: 1818 Corsicana Drive**
**Address (continued):**
**Suite/Apt./Mail Stop:**
**City: Dallas**
**County: Dallas**
**Country: United States of America**
**State: Texas**
**Zip Code/Route: 75202**
**Phone Number: 0**
**Email Address: manognadevabhaktuni@yahoo.com**
**Business IT POC, if applicable:**
**Other Business POC, if applicable:**

---

Description of Incident

**Address (continued):**
**Suite/Apt./Mail Stop:**
**City: Carrollton**
**Country: United States of America**
**State: Texas**
**Zip Code/Route: 75010**
**Phone Number:**
**Email Address:**
**Website:**
**IP Address:**

**Name: Kris Katseans**
**Business Name: LDS Mormon Church**
**Address: 6800 Anderson Dr**
**Address (continued):**
**Suite/Apt./Mail Stop:**
**City: The Colony**
**Country: United States of America**
**State: Texas**
**Zip Code/Route: 75056**
**Phone Number:**
**Email Address:**
**Website:**
**IP Address:**

## Other Information

*If an email was used in this incident, please provide a copy of the entire email including full email headers.*

*contact me and I will forward the emails*

*Are there any other witnesses or victims to this incident?*

*[No response provided]*

*If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.*

*Federal Court of Texas, 1100 Commerce ST, 1452 Dallas, TX 75242*

*☐ Check here if this an update to a previously filed complaint:*

## Who Filed the Complaint

*Were you the victim in the incident described above? Yes*

## Digital Signature

*By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)*

*Digital Signature: Devabhaktuni Manogna*

**Description of Incident**

**Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.**

**During the week of 07/01/2019-07/07/2019 there is major drug impact happened because of it I had to go to ER to Baylor Health Medical Center and forcefully took me to Carrollton Spring Behavioral Center and kept me abducted and kidnapped even though i was normal based on the tests they performed in the ER. On 07/15/2019 they planned to kill me using the drugs and State got me out through Denton county court making me win the malpractice case with Seay Behavioral center. During my stay I heard outside people talking about Dasha Barton and other people when i was in my room and I am not sure she is there or not.**

**Which of the following were used in this incident? (Check all that apply.)**
☐ **Spoofed Email**
☐ **Similar Domain**
☐ **Email Intrusion**
☑ **Other** **Please specify: Terrorist attack by Dasha Barton and LDS Church**

**Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.**

**Originals should be retained for use by law enforcement agencies.**

**Information About The Subject(s) Who Victimized You**

**Name: Dasha Barton**
**Business Name: LDS Mormon Church**
**Address: 6800 Anderson Dr**
**Address (continued):**
**Suite/Apt./Mail Stop:**
**City: The Colony**
**Country: United States of America**
**State: Texas**
**Zip Code/Route: 75056**
**Phone Number:**
**Email Address:**
**Website:**
**IP Address:**

**Name: Lee Sonnie**
**Business Name: LDS Mormon Church**
**Address: 6800 Anderson Dr**
**Address (continued):**
**Suite/Apt./Mail Stop:**
**City: The Colony**
**Country: United States of America**
**State: Texas**
**Zip Code/Route: 75056**
**Phone Number:**
**Email Address:**
**Website:**
**IP Address:**

**Name: Latif Umar**
**Business Name:**
**Address: 2225 Parker Road**

JS 44 (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS  MANOGINA  DEVARKASIONI

**DEFENDANTS**  SEE  COMPLAINT FORM

**(b)** County of Residence of First Listed Plaintiff  DALLAS
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

NOV 2 7 2019

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☒ 1  U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☒ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☒ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

*PERSONAL INJURY*
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☒ 370 Other Fraud
- ☒ 371 Truth in Lending
- ☒ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

*Habeas Corpus:*
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

*Other:*
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☒ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court |
| ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened |
| ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| ☐ 8 Multidistrict Litigation - Direct File | |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE  BARBARA M G LYNN   DOCKET NUMBER

DATE  11/27/2019

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

JS 44 Reverse  (Rev. 06/17) - TXND (Rev. 06/17)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**   **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b)**   **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c)**   **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.)**

**III.**   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**   **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**   **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

**VII.**   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**   **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If a related case exists, whether pending or closed, insert the docket numbers and the corresponding judge names for such cases. A case is related to this filing if the case: 1) involves some or all of the same parties and is based on the same or similar claim; 2) involves the same property, transaction, or event; 3) involves substantially similar issues of law and fact; and/or 4) involves the same estate in a bankruptcy appeal.

**Date and Attorney Signature.** Date and sign the civil cover sheet.