UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MANOGNA DEVABHAKTUNI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:19-CV-2846-G (BH) |
| CHILIA MART, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

For the reasons stated in the findings, conclusions, and recommendation of the United States Magistrate Judge, the plaintiff's application to proceed *in forma pauperis*, filed November 27, 2019 (docket entry 3), is **DENIED**. By separate judgment, this action will be summarily dismissed based on the prior sanction order

in *Manogna Devabhaktuni v. Honorable David C. Godbey*, No. 3:19-CV-2216-G (BT) (N.D. Tex. Oct. 28, 2019).

**SO ORDERED**.

January 3, 2020.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**